IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LEROY WILSON, III, | : | |
| Petitioner, | : | |
| v. | : | Case No. 1:09-CV-177 (WLS) |
| BRAD HOOKS, WARDEN, | : | |
| Respondent. | : | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 16) from United States Magistrate Judge Thomas Q. Langstaff filed May 10, 2011. Pursuant to 28 U.S.C. § 2254, Judge Langstaff conducted a review of Petitioner's claims requesting relief from his sentence on the grounds that he is being held past the expiration of multiple sentences. (Doc. 2).

Judge Langstaff recommends that Respondent's Motion to Dismiss (Doc. 12) be **GRANTED** due to the Petitioner's failure to exhaust the remedies available to him in the state court system. (Doc. 16). Petitioner has filed no objections to date. (See generally Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss (Doc. 12) is **GRANTED** and Petitioner's petition for Federal Habeas relief is **DISMISSED-without-prejudice** to his right to refile upon exhaustion of his administrative remedies.

**SO ORDERED**, this 26th day of September, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

1